IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| KESHIA ALSTON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CV 121-188 |
| T-MOBILE USA, INC., | ) ) ) |
| Defendant. | ) |

**REVISED SCHEDULING ORDER**

Before the Court is parties' Joint Motion to Extend Time to File Dispositive Motions. (Doc. no. 28.)  The Court **GRANTS** the request and **EXTENDS** the deadline for the filing of civil motions, including <u>Daubert</u> motions, but excluding motions in limine, through and including February 1, 2023.  All provisions of the prior Scheduling Orders, (doc. nos. 15, 23, 26), not revised herein shall remain in full force and effect.

SO ORDERED this 5th day of December, 2022, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA