IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

KESHIA ALSTON,                    *
                                  *
        Plaintiff,                *
                                  *
    v.                            *
                                  *        CV 121-188
T-MOBILE USA, INC.,               *
                                  *
        Defendant.                *
                                  *
                                  *

                         _____

                         O R D E R

                         _____

Before the Court is the Parties' Joint Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. 31.) Accordingly, the Court hereby **DISMISSES WITH PREJUDICE** all claims and counterclaims in the above-captioned suit. The Clerk **SHALL TERMINATE** all deadlines and motions and **CLOSE** this case. Each party shall bear its own costs and attorneys' fees.

**ORDER ENTERED** at Augusta, Georgia, this ___10th___ day of February, 2023.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA